GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KAMALIHA BREWSTER,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC.; AT&T UVERSE; COX COMMUNICATIONS,<br><br>Defendants. | Case No. 2:22-cv-01000-GMN-NJK<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC. TO FILE ANSWER**<br><br>**FIRST REQUEST** |

Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from July 22, 2022 through and including **August 22, 2022**.  The request was made by NCTUE so that it can have an opportunity

/ /

/ /

/ /

to collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

   Respectfully submitted, this 20th day of July, 2022.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By: /s/*Gia N. Marina* | /s/ |
| Gia N, Marina | David H. Krieger, Esq. |
| Nevada Bar No. 15276 | Nevada Bar No. 9086 |
| 3800 Howard Hughes Pkwy, | Shawn Miller, Esq. |
| Suite 500 | Nevada Bar No. 7825 |
| Las Vegas, NV 89169 | KRIEGER LAW GROUP, LLC |
| Tel: (702) 862-8300 | 2850 W. Horizon Ridge Blvd., Suite 200 |
| Fax: (702) 862-8400 | Henderson, NV 89052 |
| Email: gmarina@clarkhill.com | Phone: (702) 848-3855 |
| | Fax: (702) 385-5518 |
| *Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.* | Email: dkrieger@kriegerlawgroup.com |
| | Email: smiller@kriegerlawgroup.com |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: July 21, 2022

- 2 -