David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Kamaliha Brewster*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KAMALIHA BREWSTER,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC; AT&T UVERSE; COX COMMUNICATIONS,<br><br>Defendant(s). | Case No.: 2:22-cv-01000-GMN-NJK<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Kamaliha Brewster ("Plaintiff") and Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE"), collectively the "Parties," by and through their counsel of record, that Plaintiff's causes of action and claims against NCTUE are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on December 2, 2022.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Gia N. Marina* |
| David H. Krieger, Esq. | Gia N. Marina, Esq. |
| Shawn W. Miller, Esq. | CLARK HILL PLLC |
| KRIEGER LAW GROUP, LLC | 3800 Howard Hughes Drive |
| 5502 S. Fort Apache Road, Suite 200 | Suite 500 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89169 |
| Attorneys for Plaintiff, ***Kamaliha Brewster*** | Attorneys for Defendant, ***NCTUE*** |

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __5__ day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT